IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VARFLAY KANNEH | : | CIVIL ACTION |
| | : | |
| v. | : | No. 26-4621 |
| | : | |
| JOHN RIFE, in his official capacity as ICE Field Office Director, et al. | : | |

**ORDER**

AND NOW, this 31st day of July, 2026, upon consideration of Petitioner Varflay Kanneh's Petition for Writ of Habeas Corpus (Dkt. No. 1), the Government's opposition (Dkt. No. 6), and Petitioner's Reply (Dkt. No. 7), and for the reasons stated in the accompanying Memorandum, it is ORDERED:

1. The Petition (Dkt. No. 1) is **GRANTED**.
2. The Government shall **RELEASE** Petitioner from custody immediately, subject to the conditions of his Order of Supervision in effect before June 30, 2026, and shall certify compliance with this Order and accompanying Memorandum by filing on the docket no later than **5:00 P.M. EDT on August 3, 2026**;
3. In doing so, the Government shall not subject Petitioner to any conditions of release including the imposition of any and all GPS monitoring technology or devices that he was not subject to before his current detention;
4. The Government shall return Petitioner's personal property that it seized during his arrest and detention including his personal identification and documents; and
5. The Government is temporarily enjoined from re-detaining Petitioner for seven days following his release from custody; and

6. If, after the seven-day period, the Government chooses to pursue re-detention of Petitioners based on revocation of his Order of Supervision, it must do so consistent with 8 C.F.R. § 241.13, all other applicable regulations and statutes, and the Constitution.

It is further **ORDERED** that, upon receipt of the Government's certification of compliance with this Memorandum Opinion and Order, the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.