IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VARFLAY KANNEH | : | CIVIL ACTION |
| | : | |
| v. | : | No. 26-4621 |
| | : | |
| JOHN RIFE, in his official capacity as ICE Field Office Director, et al. | : | |

**ORDER**

AND NOW, this 9th day of October, 2026, upon consideration of Petitioner Varflay Kanneh's Emergency Status Report and Motion for Interim Relief and Urgent Hearing (Dkt. No. 11), it is **ORDERED** that a hearing on the Motion will be held on Thursday, October 15, 2026 at 11:30 A.M. in Courtroom 14B of the United States Courthouse at 601 Market Street, Philadelphia, PA 19106.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.